IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LEROY DONNIE GRANT**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-200-L** |
| | § | |
| **CPC LOGISTICS INC., et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed February 1, 2012. Plaintiff did not file any objections.

Leroy Donnie Grant ("Plaintiff") filed this *pro se* employment discrimination action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") against his former employer CPC Logistics, Inc., CPC Building & Manufacturing Products, and Regional Manager John Fitzgerald. As to Fitzgerald, the Complaint alleges that he "might have committed perjury in an official State Appeal Tribunal Telephone Hearing, on [November] 3, 2011." The magistrate judge concluded that the individual-liability claims against John Fitzgerald should be dismissed because Fitzgerald cannot be held liable in his individual capacity for employment discrimination under Title VII. Further, the magistrate judge concluded that, insofar as he seeks to sue Fitzgerald for perjury, Plaintiff's claim lacks an arguable basis in law because violations of criminal statutes do not give rise to a private right of action, and there is no private right of action for civil perjury under Texas law.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. They are

**Order – Page 1**

therefore **accepted** as those of the court.  Accordingly, the court **dismisses** all individual-liability claims against Defendant John Fitzgerald **with prejudice** as frivolous.

    **It is so ordered** this 23rd day of February, 2012.

                                        Sam A. Lindsay
                                        United States District Judge